IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05 CR 202

UNITED STATES OF AMERICA,

v.

MONROE HERRING,

    Defendant.

**ORDER**

**THIS MATTER IS** before the Court on Defendant Monroe Herring's Motion to Suppress and Memorandum of Law, (file doc. 22), filed on February 27, 2006. The Court will hear this matter when this case comes on for trial. At that time, the parties are expected to be prepared to proceed with both the hearing on Defendant's Motion and the trial. That is, the parties should be prepared to argue the Motion to Suppress Evidence[1] and then to proceed immediately to the trial in this matter.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Suppress will be heard at such time as this case is scheduled for trial.

Signed: February 28, 2006

Richard L. Voorhees
Chief United States District Judge

---

[1] After speaking with defense counsel and reviewing the Motion, the Court notes that there should not be a need to hear from witnesses at the hearing on the Motion to Suppress. The substance of the Motion to Suppress is very similar to that of a Motion in Limine.