IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05Cr202-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| MONROE HERRING | ) | |

**THIS MATTER** is before the Court on its own motion to continue the sentencing hearing scheduled for 16 January 2007 in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing is hereby continued from the 16 January 2007 sentencing term in the Statesville Division to the next available sentencing term.

Signed: January 10, 2007

Richard L. Voorhees
United States District Judge